NEW EDGEWOOD LAKE CORPORATION, Appellant, *v.*
KINGSTON TRUST COMPANY et al., Respondents.

Submitted January 18, 1937; decided January 26, 1937.

*Kenneth S. MacAffer* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant files and serves return and undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.